Submitted by:
Douglas W. Schroeder, Esq. (Bar No. 138679)
Email : ecf@transitlaw.com (for Court's use only)
Email: doug@transitlaw.com (for use by parties)
Law Offices of Douglas W. Schroeder
3151 Airway Ave., Ste. Q3
Costa Mesa, CA 92626-4627
Phone: (714) 662-3311
Fax    : (714) 590-6458

Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| Adel Mohamed Abdelaziz, | Case No.: SACV13-CV-00350 CJC (JPRx) |
| Plaintiff, | ORDER FOR REMAND OF ACTION |
| vs. | |
| American Airlines, Inc., et al. | |
| Defendants | |

    The Court has considered, and hereby accepts, the parties' Stipulation for Remand of Action. Pursuant to that Stipulation, it is hereby ordered as follows:

    The Notice of Removal (Docket No. 1) filed on February 27, 2013, by Defendant British Airways Plc asserting federal question jurisdiction under the

Montreal Convention is deemed withdrawn. This action is hereby remanded to the Orange County Superior Court.

DATED: March 22, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE